# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 17-18106-MDC

GEORGE L BROWN

8546 PROVIDENT STREET

PHILADELPHIA, PA 19150

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GEORGE L BROWN

8546 PROVIDENT STREET

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

JONATHAN H STANWOOD ESQ
8 PENN CENTER, SUITE 1000
1628 JFK BLVD
PHILADELPHIA, PA 19103

/S/ William C. Miller

Date: 2/7/2018        _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee