UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | No.: 17-18106-AMC |
| George L. Brown | : | |
| Debtor | : | Chapter: 13 |

## CERTIFICATE OF SERVICE

    I, Jonathan H. Stanwood, Esquire, hereby certify that a copy of the foregoing response to the Motion for Relief of Midfirst Bank was served either electronically or via first class mail upon the Movant's attorney, Rebecca A. Solarz, the Chapter 13 Trustee, and the Office of the U.S. Trustee on the date listed below.

                                                                            By:

Dated: <u>February 8, 2018</u>        <u>/s/ Jonathan H. Stanwood</u>
                                          Jonathan H. Stanwood, Esquire
                                          Attorney for the Debtor