# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George L. Brown<br>    Debtor<br><br>MIDFIRST BANK<br>    Movant<br>  vs.<br><br>George L. Brown<br>    Debtor<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 17-18106 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief of MIDFIRST BANK, which was filed with the Court on or about February 2, 2018 (Document No. 19).

              Respectfully submitted,

              **/s/ Rebecca A. Solarz, Esquire**
              Rebecca A. Solarz, Esquire
              Attorney for Movant
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322

March 1, 2018