United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18106-mdc
George L. Brown                                                         Chapter 13
George L. Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer              Page 1 of 2              Date Rcvd: Mar 09, 2018
                              Form ID: pdf900             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
```
db          +George L. Brown,   MAILING ADDRESS:,    8546 Provident Street,    Philadelphia, PA 19150-1606
db          +George L. Brown,   6631 Blakemore Street,    Philadelphia, PA 19119-1454
cr          +U.S. BANK NATIONAL ASSOCIATION,    Robertson Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14022551    +Chestnut Hill Hospital,    c/o Medical Data Systems,    645 Walnut St # 5,
              Gadson, Al 35901-4173
14022553    +Credit Acceptance Corp,    Bankruptcy Dept,    25505 West Twelve Mile Road,
              Southfield, MI 48034-8331
14022554    +Credit Bureau of North America, LLC,    200 Creekside Drive,    Dickson, TN 37055-2176
14046864     HSBC Bank USA, National Association et. ai.,    Wells Fargo Bank, N.A.,
              Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
14046865     HSBC Bank USA, National Association et. al.,    Wells Fargo Bank, N.A.,
              Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
14022559    +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14022560    +Law Office of Jonathan Stanwood, LLC,    1628 JFK Blvd.,    Suite 1000,
              Philadelphia, PA 19103-2100
14032937    +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    Atty for Midland Mortgage,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14054652    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14022561     Midland Mortgage,    Att: Bankruptcy,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
14022563   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage,    350 Highland Drive,    Lewisville, Tx  75067)
14022562    +National Auto Finance,    10302 Deerwood Park Blvd,    Jacksonville, Fl 32256-2880
14022564    +Nj EZ Pass,    Box 4971,    Trenton, NJ 08650-4971
14022565    +PA Department of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
14022568    +PGW,    800 W Montgomery Ave,    Philadelphia, Pa 19122-2806
14022567    +Pennsylvania Treasury Department,    1501 Reedsdale St,    Pittsburgh, PA 15233-2341
14022570    +Revenue Collection Bureau,    5900 Torresdale Avenue,    Philadelphia, Pa 19135-4127
14022573     SLS Mortgage,    P.O. Box 636005,    Littleton, CO 80163-6005
14022571    +Samuel Broughton, CPA,    The Broughton Agency,    8565 Williams Avenue,
              Philadelphia, PA 19150-1912
14022572    +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14026712    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14039908    +US Bank NA, as trustee, for MASTR Alternative,    co Nationstar Mortgage LLC dba Mr Cooper,
              Attn: Bankruptcy Dept,    PO Box 619096,    Dallas, TX 75261-9096
14022576    +Verizon Wireless,    Bankruptcy Administration,    PO Box 3397,    Bloomington, IL 61702-3397
14022577    +Water Department,    1101 Market Street, 5th Floor,    Philadelphia, PA 19107-2935
14022578     Wells Fargo Home Mortgage,    P.O. Box 9065,    Temecula, Ca 92589-9065
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Mar 10 2018 01:46:59     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2018 01:46:46     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2018 01:46:34
              Commonwealth of Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
              Harrisburg, PA  17128-0946
14022550     E-mail/Text: bnc-applied@quantum3group.com Mar 10 2018 01:46:44     Applied Bank,
              PO Box 70165,    Philadelphia, PA 19176-0165
14022552     E-mail/Text: abovay@creditmanagementcompany.com Mar 10 2018 01:46:45     CMC,    Box 16346,
              Pittsburg, Pa 15242-0346
14022555     E-mail/Text: mrdiscen@discover.com Mar 10 2018 01:46:09     Discover Financial Services,
              P.O. Box 30943,    Salt Lake City, UT 84130-0943
14040012     E-mail/Text: mrdiscen@discover.com Mar 10 2018 01:46:09     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14022556    +E-mail/Text: tropiann@einstein.edu Mar 10 2018 01:46:19     Einstein Hospital,
              5501 Old York Road,    Philadelphia, Pa 19141-3091
14022557     E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 10 2018 01:47:08
              Infiniity Casualty Insurance,    c/o CCS,    725 Canton Street,    Norwood, MA 02062-2679
14022558    +E-mail/Text: cio.bncmail@irs.gov Mar 10 2018 01:46:14     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, Pa 19101-7346
14022566    +E-mail/Text: bankruptcygroup@peco-energy.com Mar 10 2018 01:46:15     PECO Energy,
              Bankruptcy Notice,    P.O. Box 8699,    Philadelphia, PA 19101-8699
14051900    +E-mail/Text: bankruptcygroup@peco-energy.com Mar 10 2018 01:46:15     PECO Energy Company,
              2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14027118     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2018 01:46:34
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
14022569    +E-mail/Text: equiles@philapark.org Mar 10 2018 01:47:07     Philadelphia Parking Authority,
              701 Market St #5400,    Philadelphia, Pa 19106-2895
```

```
District/off: 0313-2          User: Jennifer            Page 2 of 2                Date Rcvd: Mar 09, 2018
                              Form ID: pdf900           Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14028176          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2018 02:01:09      T Mobile/T-Mobile USA Inc,
                   by American InfoSource LP as agent,    PO Box 248848,   Oklahoma City, OK  73124-8848
14022575         +E-mail/Text: Supportservices@receivablesperformance.com Mar 10 2018 01:47:06     TMobile,
                   c/o RPM Receivables,   20816 44th Avenue West,   Lynwood, Wa 98036-7744
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA   17128-0946
14022574*        +SLS Mortgage,   P.O. Box 636005,   Littleton, Co 80163-6005
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
```
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania Department of
               Revenue crmomjian@attorneygeneral.gov
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association, et. al.
               paeb@fedphe.com
              JONATHAN H. STANWOOD    on behalf of Debtor George L. Brown jhs@stanwoodlaw.com,
               wab@stanwoodlaw.com,jhsecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK KMcDonald@blankrome.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association, et. al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE L BROWN                                    Chapter 13

                    Debtor            Bankruptcy No. 17-18106-MDC

## Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this ___8th___ day of ___March___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JONATHAN H STANWOOD ESQ
8 PENN CENTER, SUITE 1000
1628 JFK BLVD
PHILADELPHIA, PA 19103


Debtor:
GEORGE L BROWN

8546 PROVIDENT STREET

PHILADELPHIA, PA 19150