UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :    No.: 17-18106-AMC

    George L. Brown                                      :

        Debtor                                        :    Chapter: 13

\* \* \* \* \* \* \*

NOTICE OF MOTION, RESPONSE DEADLINE,
AND HEARING DATE

Jonathan H. Stanwood, Esquire, attorney for the Debtor, has filed a Motion to Reconsider Order of Dismissal with the court.  Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 16, 2017, you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

UNITED STATES BANKRUPTCY COURT
Robert C. Nix Federal Courthouse
900 Market Street - Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the dates stated above; and

    (b) mail, email or fax a copy to the movant's attorney:

Jonathan H. Stanwood, Esquire
8 Penn Center, Suite 1000
1628 J.F.K. Blvd, Suite 1000
Philadelphia, Pa 19103
(215) 569-1040 - tel (215) 689-4084 - fax
JHS@STANWOODLAW.COM

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.
    3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, on **April 12, 2018 11:00 a.m.** in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pa 19107.
    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).
    5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  March 16, 2018