UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | No.: 17-18106-AMC |
| George L. Brown | : | |
| Debtor | : | Chapter: 13 |

Certificate of Service

I, Jonathan H. Stanwood, Esquire, attorney for the debtor, hereby certify that on the date listed below I caused a copy of the forgoing Motion to Reconsider, pursuant to 11 U.S.C. §362(c)(3), to be served either electronically on all parties of interest via ecf or first class mail on the following parties:

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa 19107

William C. Miller, Trustee
*via ECF*

By: /s/ Jonathan H. Stanwood
Jonathan H. Stanwood, Esquire
8 Penn Center
Dated: March 18, 2018          1628 JFK Blvd., Suite 1000
Philadelphia, Pa 19103
(215) 569-1040