UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-18106-MDC |
| George L. Brown | : | |
| Debtor | : | Chapter 13 |

NOTICE OF WITHDRAWAL

TO THE CLERK AND ALL PARTIES IN INTEREST:

Kindly mark as "withdrawn" debtor's Motion for Reconsideration filed March 18, 2018, docket #37.


Dated: <u>April 17, 2018</u>         By:    /s/ Jonathan H. Stanwood
                                            Jonathan H. Stanwood, Esquire
                                            1628 J.F.K. Blvd, Suite 1000
                                            Philadelphia, Pa 19103
                                            (215) 569-1040